IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMACHO KAWAGISHI, | No. 2:22-CV-0919-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, brings this civil action. A review of the docket reflects that Plaintiff has failed to comply with the Court's May 31, 2022, order requiring the parties to meet and confer within 30 days of filing of an answer to the complaint and to file a joint status report and request for scheduling conference within seven days following the parties' meet-and-confer conference. See ECF No. 3. Defendants filed an answer to Plaintiff's original complaint on June 6, 2022. See ECF No. 4. On July 6, 2022, Defendants filed a unilateral status report indicating that, despite efforts to contact Plaintiff for a meet-and-confer conference, Plaintiff failed to respond. See ECF No. 8. To date, Plaintiff has not filed a status report, conferred with defense counsel as required by the May 31, 2022, order, or requested a scheduling conference be set.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause within 30 days of the date of this order why the action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Dated:  August 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE