**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JULIE CAMACHO KAWAGISHI, | No.  2:22-CV-0919-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled on Defendants' motion to strike, ECF No. 10, set for October 19, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted without oral argument. Plaintiff's opposition or notice of no-opposition to Defendants' motion to strike is due within 30 days of the date of this order.  Defendants may file a reply within 15 days after service of Plaintiff's opposition, if any.  Plaintiff is cautioned that failure to file an opposition may be deemed consent to the relief requested in Defendants' motion.  See Local Rule 230(c), (l).

   IT IS SO ORDERED.

Dated:  August 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1