IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMACHO KAWAGISHI,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | No.  2:22-CV-0919-DMC-P<br><br><br><br>ORDER |

   Plaintiff, who is proceeding pro se, brings this civil action.  On August 18, 2022, the Court directed Plaintiff to show cause in writing why this action should not be dismissed for failure to meet and confer with defense counsel in preparation of a joint scheduling report.  See ECF No. 11.  Plaintiff thereafter filed a status report Dated:  September 15, 2022, in response to the order to show cause.  See ECF Nos. 13 and 14.  Based on Plaintiff's filings, the Court finds that she has in good faith complied with the Court's orders.  The order to show cause is discharged.  By separate order, the matter will be set for an initial scheduling conference.

   IT IS SO ORDERED.

Dated:  September 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1