IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CAMACHO KAWAGISHI,<br><br>    Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | No.  2:22-CV-0919-DMC-P<br><br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action.  A review of the docket reflects that an answer has been filed by all Defendants.  See ECF No. 4.  This case is therefore now at issue.  The matter is set for an initial status/scheduling conference before the undersigned in Redding, California, on December 7, 2022, at 10:00 a.m.  On or before November 30, 2022, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

        IT IS SO ORDERED.

Dated:  September 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE