1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JULIE CAMACHO KAWAGISHI,              No.  2:22-CV-0919-DMC-P

12              Plaintiff,

13        v.                                ORDER

14   OCWEN LOAN SERVICING, LLC, et al.,

15              Defendants.

16

17            Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to the written

18   consent of all parties, this case is before the undersigned as the presiding judge for all purposes,

19   including entry of final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 7 (minute order

20   reassigning case to Magistrate Judge).  An initial status/scheduling conference was held in this

21   matter on December 7, 2022, at 10:00 a.m. before the undersigned in Redding, California.

22   Plaintiff appeared pro se in person.  Neil Cooper, Esq., appeared telephonically for Defendants.

23            Upon consideration of the status reports on file in this action, discussion with the

24   parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant

25   to Federal Rule of Civil Procedure 16(b).

26   / / /

27   / / /

28   / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

2.      Jurisdiction and venue are not contested.

3.      Plaintiff's oral motion for access to the Court's Case Management and Electronic Case Filing (CM/ECF) system is granted.  Plaintiff should contact the Sacramento Clerk's Office at (916) 930-4000 to make arrangements for electronic filing access.

4.      The Court sets the following pre-trial schedule for this litigation:

Initial Disclosures: The parties are directed to exchange initial disclosures on or before **January 6, 2023**.

Non-Expert Discovery: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **June 30, 2023**.

Expert Witness Designations: The parties shall exchange initial lists of expert witnesses no later than **June 2, 2023**.  The parties shall exchange lists of rebuttal expert witnesses no later than **June 16, 2023**.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

Expert Discovery: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **June 30, 2023**.

Dispositive Motions: All dispositive motions shall be noticed to be heard by **August 9, 2023**.

Duty to Supplement: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

5.      A settlement conference is set for **February 23, 2023, at 10:00 a.m.**, upon referral to another Magistrate Judge.

/ / /

/ / /

2

6.      Motions in limine shall be filed by **August 9, 2023**.  Opposition to motions in limine shall be filed by **August 23, 2023**.  Reply briefs in support of motions in limine shall be filed by **August 30, 2023**.  Motions in limine will be argued and decided at the pre-trial conference.

7.      The pre-trial conference is set for **September 6, 2023, at 10:00 a.m.**, before the undersigned at a location and in a courtroom to be announced at a later date based on the parties' election for either a bench trial or a jury trial.  Separate pre-trial statements shall be filed pursuant to Local Rule 281 by **August 30, 2023**.

8.      Trial of this matter is set for **September 25, 2023, at 9:00 a.m.** before the undersigned at a location and in a courtroom to be announced at a later date based on the parties' election for either a bench trial or a jury trial.

9.      On or before **January 20, 2023**, the parties shall inform the Court whether they elect a bench trial or a jury trial.

IT IS SO ORDERED.

Dated:  December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE